## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RACHEL BROWN, | : | |
| | : | |
| *Plaintiff*, | : | Civil Action No.: 2:21-cv-1293 |
| | : | |
| v. | : | |
| | : | |
| GRANE HEALTHCARE d/b/a APEX REHAB SOLUTIONS, INC., and WOODHAVEN CARE CENTER, | : | Honorable Marilyn J. Horan |
| | : | |
| *Defendants*. | : | |

## STIPULATION OF DISMISSAL

The parties to the above-captioned civil action, by their undersigned counsel and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of this civil action. Each party will bear its own costs. Counsel for Defendant consents to the electronic filing of this document by counsel for Plaintiff.

Respectfully Submitted,

| | |
|---|---|
| */s/ Sean A. Casey*_____ | */s/ Stephen A. Antonelli*_____ |
| Sean A. Casey | Stephen A. Antonelli |
| SEAN A. CASEY, ATTORNEY AT LAW | BABST CALLAND |
| First & Market Building | Two Gateway Center, Sixth Floor |
| 100 First Avenue, Suite 1010 | 603 Stanwix Street |
| Pittsburgh, PA 15222 | Pittsburgh, PA 15222 |
| Ph: (412) 201-9090 | Ph: (412) 394-5400 |
| Fax: (412) 281-8481 | Fax: (412) 394-6576 |
| Email: sean@caseylegal.com | Email: santonelli@babstcalland.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendants* |