## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RACHEL BROWN, | : | |
| | : | |
| *Plaintiff*, | : | Civil Action No.: 2:21-cv-1293 |
| | : | |
| v. | : | |
| | : | |
| GRANE HEALTHCARE d/b/a APEX REHAB SOLUTIONS, INC., and WOODHAVEN CARE CENTER, | : | |
| | : | |
| *Defendants*. | : | |

## **ORDER**

AND NOW, this 12th day of May, 2022, upon consideration of the STIPULATION OF DISMISSAL, it is hereby ORDERED that Parties' Stipulation of Dismissal is GRANTED. The case is dismissed with prejudice and each party will bear its own costs. The Clerk shall mark this case CLOSED.

BY THE COURT,

_____ J.
Honorable Marilyn J. Horan